# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDEN PUMP AND ENGINEERING LLC,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>JDA GLOBAL LLC, et al.,<br>　　　　　　　Defendants. | Case No. 2:12-cv-01051-ODW (DTBx)<br><br>**ORDER DENYING STIPULATION [33]**<br><br>**ORDER TO SHOW CAUSE** |

On April 2, 2012, the Court issued an Order setting the scheduling conference date in this case for July 2, 2012. (ECF No. 11.) Among other things, this Order directed that "Counsel shall meet at least twenty-one (21) days in advance of the Scheduling conference"—or June 11, 2012—"to prepare a jointly signed report for the court to be submitted no less than fourteen (14) days before the Scheduling Conference," or June 18, 2012. The Court did not receive a jointly signed Federal Rule of Civil Procedure 26(f) report on June 18, 2012. Instead, the Court received a stipulation requesting that the scheduling conference date be continued to July 30, 2012. (ECF No. 33.) Because the parties' joint Rule 26(f) report was due on June 18, 2012, this stipulation is brought too late and is therefore **DENIED**.

In addition, the parties are **ORDERED TO SHOW CAUSE** no later than June 25, 2012, why this case should not be dismissed for lack of prosecution for failure to

file a timely Rule 26(f) report.  The OSC may be discharged by the filing of a joint Rule 26(f) report.

The July 2, 2012 scheduling conference is hereby **VACATED**, and no appearances are necessary.  Should the Court receive a joint Rule 26(f) report on or before June 25, 2012, the Court will prepare a Scheduling and Case Management Order based on that report.

**IT IS SO ORDERED.**

June 19, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**