O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILDEN PUMP AND ENGINEERING LLC<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JDA GLOBAL LLC, *et al.*<br><br>　　　　Defendants. | CASE NO. CV 12-1051-ODW (DTBx)<br><br>ORDER STRIKING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [63] |

## I.　INTRODUCTION

On September 24, 2012, Defendant JDA Global LLC filed its first motion for partial summary judgment, attacking Plaintiff's assertion of trademark protection in its alphanumeric designation of replacement parts [41]. Following amendment of the motion and several stipulated postponements, this Court granted Defendant's motion [61].

Shortly thereafter, Defendant filed its second motion for partial summary judgment, again apportioning out a sliver of its defense and presenting it to the Court for resolution [62]. Namely, Defendant argues Plaintiff cannot claim protection in the color of its parts. Defendant subsequently filed a Corrected version of its second motion, but failed to properly re-file its supporting papers [63]. The parties now offer the Court a stipulation to continue the hearing date on Defendant's motion.

In striking the pending motion, the Court notes that it will not dispose of this matter one discrete issue at a time. Defendant should better conceive strategy designed to have the court adjudicate all of the issues in a single motion, rather than to endure a death by a thousand cuts. The latter approach is unacceptable. Accordingly, Defendant's improperly executed filing [63] is hereby ordered STRICKEN. The stipulation to calendar the hearing on this motion [65] is DENIED.

**SO ORDERED**

December 17, 2012

<u>OTIS D. WRIGHT II</u>
<u>UNITED STATES DISTRICT JUDGE</u>